**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Fallynn Strawn** | Social Security number or ITIN **xxx–xx–7413** |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17–20794–GLT**

# Order of Discharge                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Fallynn Strawn
    aka Fallynn Sutton

<u>6/7/17</u>                                                      **By the court:**  <u>Gregory L. Taddonio</u>
                                                                                          United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 17-20794-GLT
Fallynn Strawn                                                      Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin                Page 1 of 2         Date Rcvd: Jun 07, 2017
                              Form ID: 318               Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
db             +Fallynn Strawn,    341 North Jefferson Avenue,    Canonsburg, PA 15317-1246
14373894        April Garnett,    West Chestnut Street,    Washington, PA 15301
14373897       +Best Buy Credit Service,    PO Box 78009,    Phoenix, AZ 85062-8009
14373898        Canonsburg Hospital,    PO Box 1400,    Belfast, ME 04915-4033
14373899        Canonsburg Hospital,    Dept 101A,    PO Box 3521,    Akron, OH 44309-3521
14373900       +Canonsburgh Podiatry Assoc.,    111 South Central Ave,    Canonsburg, PA 15317-1551
14373903       +Citizen's Bank,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
14373904       +Citizens One Auto Finance,    One Citizens Drive,    Riverside, RI 02915-3019
14373905       +Comcast,    22 Old Mill Blvd,    Washington, PA 15301-6738
14373906        Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
14373908       +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
14373910        John L Kosek Sr,    123 1/2 College Street,    Canonsburg, PA 15317
14373912       +LendMark Financial Services,    198 W Chestnut Street,    Washington, PA 15301-4423
14373914        MedExpress,    PO Box 719,    Dellslow, WV 26531-0719
14375835       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14373916       +Preferred Primary Care Physicians,    PO Box 105138,    Atlanta, GA 30348-5138
14373920       +Union Home Mortgage,    PO Box 77407,    Trenton, NJ 08628-6407
14373922       +Wesbanco Credit Card,    First National Bank of Omaha,    1620 Dodge Street,
                 Omaha, NE 68197-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QPJWILSON.COM Jun 08 2017 00:58:00      Pamela J. Wilson,    810 Vermont Avenue,
                 Pittsburgh, PA 15234-1222
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 08 2017 01:13:43       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14373893       +EDI: AMEREXPR.COM Jun 08 2017 00:58:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
14373895       +EDI: TSYS2.COM Jun 08 2017 00:58:00      Barclays,    PO Box 8833,    Wilmington, DE 19899-8833
14373901       +EDI: CAPITALONE.COM Jun 08 2017 00:58:00      Capital One Bank,    P. O. Box 71083,
                 Charlotte, NC 28272-1083
14373907       +EDI: CRFRSTNA.COM Jun 08 2017 00:58:00      Firestone,    P.O. Box 81410,
                 Cleveland, OH 44181-0410
14373909        EDI: RMSC.COM Jun 08 2017 00:58:00      JC Penney,    PO Box 960090,    Orlando, FL 32896-0090
14373911       +EDI: CBSKOHLS.COM Jun 08 2017 00:58:00      Kohls,    PO Box 2983,    Milwaukee, WI 53201-2983
14373913       +EDI: RMSC.COM Jun 08 2017 00:58:00      Lowes/Synchrony Bank,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
14373915        EDI: RMSC.COM Jun 08 2017 00:58:00      PepBoys/Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
14373917        EDI: STF1.COM Jun 08 2017 00:58:00      SunTrust Cardmember Services,    PO Box 305183,
                 Nashville, TN 37230-5183
14373918       +EDI: RMSC.COM Jun 08 2017 00:58:00      Synchrony Bank/VCF,    PO Box 960061,
                 Orlando, FL 32896-0061
14373919       +EDI: WTRRNBANK.COM Jun 08 2017 00:58:00      Target Card Servcies,    PO Box 660170,
                 Dallas, TX 75266-0170
14373921        EDI: RMSC.COM Jun 08 2017 00:58:00      Walmart/SYNCB,    PO Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 14

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Union Home Mortgage Corp.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14373896*      +Barclays,   PO Box 8833,    Wilmington, DE 19899-8833
14373902*       Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: admin              Page 2 of 2             Date Rcvd: Jun 07, 2017
                              Form ID: 318             Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   Union Home Mortgage Corp. bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Debtor Fallynn   Strawn julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Pamela J. Wilson    pwilson@epiqtrustee.com,  pwilson@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```